IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTEN JONES | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-1305 |
| | : | |
| QUALTEK RECOVERY LOGISTICS LLC | : | |

## ORDER

**AND NOW**, this 7th day of August 2023, upon considering Plaintiff's Notice of Voluntary Dismissal (ECF No. 15), it is **ORDERED**:

1. This action is **DISMISSED** under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall **close** this case.

KEARNEY, J.